*THE RUSSELL'S*
*LAW FIRM, PLC*

| GEORGIA OFFICE: | ARIZONA OFFICE: |
|---|---|
| 4333 Dunwoody Park | 741 E. Fry Blvd |
| Unit 2213 | Suite 200 |
| Atlanta, GA 30338 | Sierra Vista, AZ 85635 |
| 706-461-1760 | O: 520-458-7246 |
| | O: 520-308-6266 |
| | Toll Free: 855-707-7246 |
| | Fax: 855-778-5559 |

May 9, 2014

***VIA STATUTORY OVERNIGHT DELIVERY***

Marvin D. Dikeman
Webb, Zschunke, Neary & Dikeman, LLP
One Securities Centre, Suite 1210
3490 Piedmont Rd NE
Atlanta, Georgia 30305

RE:   *Elaine Armstead v. Allstate Property & Casualty Insurance Company*
Civil Action No: 14-cv-586-WSD
United States District Court, Northern District of Georgia

**"WRITTEN OFFER TO SETTLE TORT CLAIM" PURSUANT TO FRCP RULE 68**

Dear Mr. Dikeman:

As you know, Elaine Armstead, Plaintiff in the above referenced lawsuit, suffered a fire loss on or about December 7, 2011 for which they promptly filed a claim under their homeowners' insurance policy with your client, Allstate Property & Casualty Insurance Company. The loss was a covered loss under the policy. As you are also aware, Plaintiff disputes the fairness and legality in how Allstate handled her claim and the amounts of money paid on the claim and filed a lawsuit alleging breach of contract, bad faith, negligent claims handling, negligent supervision and training of its adjusters, as well as other tort claims.

Please consider this letter as Plaintiff Elaine Armstead's written offer of settlement pursuant Federal Rule of Civil Procedure Rule 68. This offer is being made by Ms. Armstead to Defendant Allstate Property & Casualty Insurance Company (hereinafter "Defendant") in an attempt to resolve any and all claims arising out of the fire loss which occurred on or about December 7, 2011 and all causes of action alleged by Ms. Armstead against Defendant Allstate in the above referenced lawsuit.

Ms. Armstead submits this Offer of Settlement to Defendant in the amount of Forty Eight Thousand Three Hundred Forty Seven and 11/100 Dollars ($48,347.11) on her claim for breach of contract and consequential damages which reflects her actual damages as of the date of this letter, as reflected on the last Estimate prepared by public adjuster Jeffrey Pellet as a second opinion to

Exhibit A

Mr. Bruce Fredrics' estimate, which was submitted to you prior to filing this lawsuit.[1]  This offer does not include any calculation for bad faith penalties, however, if accepted by Allstate, Plaintiff will fully release Allstate from any and all claims arising from the fire loss that occurred on December 7, 2011, including bad faith penalties and execute a Dismissal with Prejudice.   If forced to litigate this case, Plaintiff will be seeking additional bad faith penalties.

This Offer of Settlement will remain open for thirty (30) days unless rejected by Defendant Allstate during the time provided under FRCP Rule 68.  Evidence of this letter is not admissible except in proceedings to enforce a settlement or determine reasonable attorney fees and costs under FRCP Rule 68.

We request that you give due consideration to this Offer of Settlement and look forward to hearing from you within thirty (30) days.

Sincerely,

Sandra Finch

Enclosures

---

[1] A copy of Mr. Pellet's estimate has been attached hereto.

Exhibit A

## Professional Insurance Estimating & Appraisals, LLC

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel

Insured:     Elaine Armstead
Property:    2445 County Lake Lane
             Powder Springs, GA 30127


Claim Rep.:  Jeffrey Pellet


Estimator:   Jeffrey Pellet

**Claim Number:** 0228409173          **Policy Number:** 915130667          **Type of Loss:** Fire

Date of Loss:    12/7/2011                    Date Received:
Date Inspected:                               Date Entered:    7/15/2013

Price List:    FLNA7X_AUG13
               Restoration/Service/Remodel
Estimate:      PIEA-ARMSTEAD


The following is a *preliminary estimate* to repair the following scope of damages based on a visual observation at the time of inspection. The estimate does not take into account any hidden or consequential damages. The estimate has not taken into account any repair that may be required due to destructive or invasive testing. Omitted unless otherwise noted are code compliant costs. The estimate is absent any depreciation schedule -unless otherwise noted.

At the time of presentation the estimator is unaware of other conditions or damages that may exist. Estimator expressly reserves the right to modify the estimate at anytime and without notice. The estimate is projected without the benefit of any: experts, engineer, architectural design, builder, contractor, plans or drawings or other similar aid. (*unless otherwise specifically indicated herein*) Estimator specifically reserves the right to employ, retain, or consult with anyone we feel has sufficient expertise, knowledge or advice on any trade. This includes any legal assistance or services. This estimate is presented at the sole desecration of the author and cannot be duplicated, reproduced or transmitted by any medium without prior written consent.

Exhibit A

## Professional Insurance Estimating & Appraisals, LLC

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel

### PIEA-ARMSTEAD

### Main Level



| | | | Height: 8' |
|---|---|---|---|
| **Kitchen** | | | |

| | |
|---|---|
| 454.56 SF Walls | 196.67 SF Ceiling |
| 651.22 SF Walls & Ceiling | 196.67 SF Floor |
| 21.85 SY Flooring | 56.25 LF Floor Perimeter |
| 59.67 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**      **3' 5" X 6' 8"**      **Opens into DINING_ROOM**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 1.  Deodorize building - Hot thermal fog | 1,573.33 CF | 0.00 | 0.04 | 62.93 |
| 2.  R&R Range - freestanding - gas | 1.00 EA | 19.06 | 720.71 | 739.77 |
| 3.  R&R Range hood | 1.00 EA | 11.91 | 158.72 | 170.63 |
| 4.  Seal the ceiling w/latex based stain blocker - one coat | 196.67 SF | 0.00 | 0.43 | 84.57 |
| 5.  R&R Acoustic ceiling (popcorn) texture | 196.67 SF | 0.43 | 0.72 | 226.17 |
| 6.  Seal & paint acoustic ceiling (popcorn) texture | 196.67 SF | 0.00 | 0.89 | 175.04 |
| 7.  R&R Fluorescent light fixture | 1.00 EA | 13.19 | 82.97 | 96.16 |
| 8.  R&R Refrigerator - side by side - 22 to 25 cf | 1.00 EA | 35.52 | 1,576.17 | 1,611.69 |
| 9.  Refrig. water line - Disconnect & reconnect - with repairs | 1.00 EA | 0.00 | 62.65 | 62.65 |
| 10.  R&R Cabinetry - lower (base) units - High grade | 12.00 LF | 8.50 | 196.13 | 2,455.56 |
| 11.  R&R Cabinetry - upper (wall) units - High grade | 16.00 LF | 7.11 | 164.64 | 2,748.00 |
| 12.  Drywall - Labor Minimum | 1.00 EA | 0.00 | 260.72 | 260.72 |
| 13.  Countertop - post formed plastic laminate | 14.00 LF | 0.00 | 47.07 | 658.98 |
| 14.  R&R Backsplash - plastic laminate | 20.00 SF | 0.85 | 6.51 | 147.20 |
| 15.  Sink faucet - Detach & reset | 1.00 EA | 0.00 | 83.70 | 83.70 |
| 16.  P-trap assembly - Detach & reset | 1.00 EA | 0.00 | 41.41 | 41.41 |
| 17.  R&R Angle stop | 2.00 EA | 4.74 | 26.33 | 62.14 |
| 18.  R&R Plumbing fixture supply line | 2.00 EA | 4.74 | 14.65 | 38.78 |
| 19.  Sink - double - Detach & reset | 1.00 EA | 0.00 | 110.47 | 110.47 |
| 20.  Detach & Reset Garbage disposer | 1.00 EA | 0.00 | 0.00 | 111.55 |

Exhibit A

## Professional Insurance Estimating & Appraisals, LLC

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel

### CONTINUED - Kitchen

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 21.  (Install) Sink sprayer attachment - side pull | 1.00 EA | 0.00 | 21.71 | 21.71 |
| 22.  R&R Dishwasher | 1.00 EA | 25.37 | 555.27 | 580.64 |
| 23.  R&R Parquet flooring | 196.67 SF | 3.31 | 7.76 | 2,177.14 |
| 24.  Add for glued down application over concrete substrate | 196.67 SF | 1.43 | 0.94 | 466.11 |
| 25.  Clean concrete on the floor | 196.67 SF | 0.00 | 0.18 | 35.40 |
| 26.  Wallpaper | 386.37 SF | 0.00 | 2.00 | 772.74 |
| 27.  Prep wall for wallpaper | 386.37 SF | 0.00 | 0.42 | 162.28 |
| 28.  Mask and prep for paint - plastic, paper, tape (per LF) | 59.67 LF | 0.00 | 0.97 | 57.88 |
| 29.  R&R Window blind - aluminum - 1" - 7.1 to 14 SF - High grade | 1.00 EA | 9.53 | 94.90 | 104.43 |
| 30.  R&R Window blind - aluminum - 1" - 20.1 to 32 SF | 1.00 EA | 9.53 | 136.34 | 145.87 |
| 31.  Clean window unit (per side) 21 - 40 SF | 1.00 EA | 0.00 | 10.70 | 10.70 |
| 32.  Clean window unit (per side) 10 - 20 SF | 1.00 EA | 0.00 | 8.02 | 8.02 |
| 33.  Window drapery - hardware - Detach & reset | 1.00 EA | 0.00 | 31.05 | 31.05 |
| 34.  R&R Heat/AC register - Mechanically attached | 2.00 EA | 2.37 | 19.39 | 43.52 |
| 35.  Clean ductwork - Interior (PER REGISTER) | 2.00 EA | 0.00 | 35.78 | 71.56 |
| 36.  Detach & Reset Light fixture | 1.00 EA | 0.00 | 0.00 | 37.18 |
| 37.  Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 0.00 | 21.87 | 43.74 |
| 38.  Paint door slab only - 2 coats (per side) | 2.00 EA | 0.00 | 22.00 | 44.00 |
| 39.  Clean door hardware | 2.00 EA | 0.00 | 3.60 | 7.20 |

Totals:  Kitchen                                                                                          14,769.29

Exhibit A

**Professional Insurance Estimating & Appraisals, LLC**

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel



**Laundry Room**                                                                                                **Height: 8'**

| | | |
|---|---|---|
| 190.67 SF Walls | | 35.36 SF Ceiling |
| 226.03 SF Walls & Ceiling | | 35.36 SF Floor |
| 3.93 SY Flooring | | 23.83 LF Floor Perimeter |
| 23.83 LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 40.  Deodorize building - Hot thermal fog | 282.89 CF | 0.00 | 0.04 | 11.32 |
| 41.  Washing machine - Remove & reset | 1.00 EA | 0.00 | 27.60 | 27.60 |
| 42.  Dryer - Remove & reset | 1.00 EA | 0.00 | 23.76 | 23.76 |
| 43.  Shelving - wire (vinyl coated) - Detach & reset | 32.00 LF | 0.00 | 9.23 | 295.36 |
| 44.  Clean floor, strip & wax | 35.36 SF | 0.00 | 0.59 | 20.86 |
| 45.  Fluorescent light fixture - 6' & 8' - Detach & reset | 1.00 EA | 0.00 | 66.06 | 66.06 |
| 46.  Mask and prep for paint - plastic, paper, tape (per LF) | 23.83 LF | 0.00 | 0.97 | 23.12 |
| 47.  Clean acoustic ceiling (popcorn) texture | 35.36 SF | 0.00 | 0.29 | 10.25 |
| 48.  Seal & paint acoustic ceiling (popcorn) texture | 35.36 SF | 0.00 | 0.89 | 31.47 |
| 49.  Paint door slab only - 2 coats (per side) | 1.00 EA | 0.00 | 22.00 | 22.00 |

Totals:  Laundry Room                                                                                                531.80



**Dining Room**                                                                                                **Height: 8'**

| | | |
|---|---|---|
| 307.67 SF Walls | | 139.49 SF Ceiling |
| 447.15 SF Walls & Ceiling | | 139.49 SF Floor |
| 15.50 SY Flooring | | 36.58 LF Floor Perimeter |
| 47.83 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | **3' 5'' X 6' 8''** | **Opens into KITCHEN** |
| **Missing Wall - Goes to Floor** | **7' 10'' X 6' 8''** | **Opens into LIVING_ROOM** |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 50.  Deodorize building - Hot thermal fog | 1,115.89 CF | 0.00 | 0.04 | 44.64 |
| 51.  Clean chandelier - with crystal | 1.00 EA | 0.00 | 71.73 | 71.73 |

Exhibit A

## Professional Insurance Estimating & Appraisals, LLC

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel

**CONTINUED - Dining Room**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 52.  Clean acoustic ceiling (popcorn) texture | 139.49 SF | 0.00 | 0.29 | 40.45 |
| 53.  Seal the walls and ceiling w/latex based stain blocker - one coat | 447.15 SF | 0.00 | 0.43 | 192.27 |
| 54.  Paint the walls and ceiling - two coats | 447.15 SF | 0.00 | 0.71 | 317.48 |
| 55.  Clean baseboard | 36.58 LF | 0.00 | 0.19 | 6.95 |
| 56.  Seal & paint baseboard - three coats | 36.58 LF | 0.00 | 1.49 | 54.50 |
| 57.  Clean door (per side) | 4.00 EA | 0.00 | 3.88 | 15.52 |
| 58.  Clean door hardware | 2.00 EA | 0.00 | 3.60 | 7.20 |
| 59.  Clean door / window opening (per side) | 4.00 EA | 0.00 | 6.92 | 27.68 |
| 60.  Clean window unit (per side) 21 - 40 SF | 1.00 EA | 0.00 | 10.70 | 10.70 |
| 61.  Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 0.00 | 31.46 | 31.46 |
| 62.  Detach & Reset Window drapery - hardware | 1.00 EA | 0.00 | 0.00 | 31.05 |
| 63.  Clean drapery hardware | 1.00 EA | 0.00 | 8.98 | 8.98 |
| 64.  Detach & Reset Heat/AC register - Mechanically attached | 1.00 EA | 0.00 | 0.00 | 10.79 |
| 65.  Clean ductwork - Interior (PER REGISTER) | 1.00 EA | 0.00 | 35.78 | 35.78 |
| 66.  Clean and deodorize carpet | 139.49 SF | 0.00 | 0.30 | 41.85 |

Totals:  Dining Room                                                                                                      949.03



**Hallway**                                                                                              **Height: 8'**

| | |
|---|---|
| 248.67  SF Walls | 51.87  SF Ceiling |
| 300.53  SF Walls & Ceiling | 51.87  SF Floor |
| 5.76  SY Flooring | 31.08  LF Floor Perimeter |
| 31.08  LF Ceil. Perimeter | |

**Missing Wall**                              **3' 9" X 8'**                              **Opens into LIVING_ROOM**

Exhibit A

**Professional Insurance Estimating & Appraisals, LLC**

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel

### CONTINUED - Hallway



| | | |
|---|---|---|
| **Subroom:  Closet (1)** | | **Height: 8'** |
| 141.33  SF Walls | 18.81  SF Ceiling | |
| 160.15  SF Walls & Ceiling | 18.81  SF Floor | |
| 2.09  SY Flooring | 17.67  LF Floor Perimeter | |
| 17.67  LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 67.  Deodorize building - Hot thermal fog | 565.44 CF | 0.00 | 0.04 | 22.62 |
| 68.  Clean acoustic ceiling (popcorn) texture | 70.68 SF | 0.00 | 0.29 | 20.50 |
| 69.  Seal the walls and ceiling w/latex based stain blocker - one coat | 460.68 SF | 0.00 | 0.43 | 198.09 |
| 70.  Paint the walls and ceiling - two coats | 460.68 SF | 0.00 | 0.71 | 327.08 |
| 71.  Clean baseboard | 48.75 LF | 0.00 | 0.19 | 9.26 |
| 72.  Seal & paint baseboard - three coats | 48.75 LF | 0.00 | 1.49 | 72.64 |
| 73.  Clean door (per side) | 3.00 EA | 0.00 | 3.88 | 11.64 |
| 74.  Clean door hardware | 2.00 EA | 0.00 | 3.60 | 7.20 |
| 75.  Clean door / window opening (per side) | 4.00 EA | 0.00 | 6.92 | 27.68 |
| 76.  Clean window unit (per side) 21 - 40 SF | 1.00 EA | 0.00 | 10.70 | 10.70 |
| 77.  Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 0.00 | 31.46 | 31.46 |
| 78.  Detach & Reset Window drapery - hardware | 1.00 EA | 0.00 | 0.00 | 31.05 |
| 79.  Clean drapery hardware | 1.00 EA | 0.00 | 8.98 | 8.98 |
| 80.  Detach & Reset Heat/AC register - Mechanically attached | 1.00 EA | 0.00 | 0.00 | 10.79 |
| 81.  Clean ductwork - Interior (PER REGISTER) | 1.00 EA | 0.00 | 35.78 | 35.78 |
| 82.  Clean and deodorize carpet | 70.68 SF | 0.00 | 0.30 | 21.20 |
| 83.  Shelving - wire (vinyl coated) - Detach & reset | 48.75 LF | 0.00 | 9.23 | 449.96 |
| 84.  Clean light fixture | 1.00 EA | 0.00 | 5.66 | 5.66 |

Totals:  Hallway                                                                                                1,302.29

Exhibit A

**Professional Insurance Estimating & Appraisals, LLC**

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel



**Office**                                                                    **Height: 8'**

| | |
|---|---|
| 408.00 SF Walls | 162.22 SF Ceiling |
| 570.22 SF Walls & Ceiling | 162.22 SF Floor |
| 18.02 SY Flooring | 51.00 LF Floor Perimeter |
| 51.00 LF Ceil. Perimeter | |

**Subroom:  Closet (1)**                                                      **Height: 8'**

| | |
|---|---|
| 93.33 SF Walls | 7.51 SF Ceiling |
| 100.84 SF Walls & Ceiling | 7.51 SF Floor |
| 0.83 SY Flooring | 11.67 LF Floor Perimeter |
| 11.67 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 85.  Deodorize building - Hot thermal fog | 1,357.83 CF | 0.00 | 0.04 | 54.31 |
| 86.  Clean acoustic ceiling (popcorn) texture | 169.73 SF | 0.00 | 0.29 | 49.22 |
| 87.  Seal the walls and ceiling w/latex based stain blocker - one coat | 671.06 SF | 0.00 | 0.43 | 288.56 |
| 88.  Paint the walls and ceiling - two coats | 671.06 SF | 0.00 | 0.71 | 476.45 |
| 89.  Clean baseboard | 62.67 LF | 0.00 | 0.19 | 11.91 |
| 90.  Seal & paint baseboard - three coats | 62.67 LF | 0.00 | 1.49 | 93.38 |
| 91.  Clean door (per side) | 1.00 EA | 0.00 | 3.88 | 3.88 |
| 92.  Clean door hardware | 2.00 EA | 0.00 | 3.60 | 7.20 |
| 93.  Clean door / window opening (per side) | 4.00 EA | 0.00 | 6.92 | 27.68 |
| 94.  Clean window unit (per side) 21 - 40 SF | 1.00 EA | 0.00 | 10.70 | 10.70 |
| 95.  Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 0.00 | 31.46 | 31.46 |
| 96.  Detach & Reset Window drapery - hardware | 1.00 EA | 0.00 | 0.00 | 31.05 |
| 97.  Clean drapery hardware | 1.00 EA | 0.00 | 8.98 | 8.98 |
| 98. Detach & Reset Heat/AC register - Mechanically attached | 1.00 EA | 0.00 | 0.00 | 10.79 |
| 99.  Clean ductwork - Interior (PER REGISTER) | 1.00 EA | 0.00 | 35.78 | 35.78 |
| 100.  Clean and deodorize carpet | 169.73 SF | 0.00 | 0.30 | 50.92 |
| 101.  Shelving - wire (vinyl coated) - Detach & reset | 62.67 LF | 0.00 | 9.23 | 578.44 |

Exhibit A

### Professional Insurance Estimating & Appraisals, LLC

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel

### CONTINUED - Office

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 102.  Clean light fixture | 1.00 EA | 0.00 | 5.66 | 5.66 |

| | | | | |
|---|---|---|---|---|
| Totals:  Office | | | | 1,776.37 |



**Master Bedroom**                                                                    **Height: 8'**

| | |
|---|---|
| 489.33  SF Walls | 231.71  SF Ceiling |
| 721.04  SF Walls & Ceiling | 231.71  SF Floor |
| 25.75  SY Flooring | 61.17  LF Floor Perimeter |
| 61.17  LF Ceil. Perimeter | |



**Subroom:  Walk-in Closet (1)**                                                      **Height: 8'**

| | |
|---|---|
| 176.00  SF Walls | 27.74  SF Ceiling |
| 203.74  SF Walls & Ceiling | 27.74  SF Floor |
| 3.08  SY Flooring | 22.00  LF Floor Perimeter |
| 22.00  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 103.  Deodorize building - Hot thermal fog | 2,075.61 CF | 0.00 | 0.04 | 83.02 |
| 104.  Clean acoustic ceiling (popcorn) texture | 259.45 SF | 0.00 | 0.29 | 75.24 |
| 105.  Seal the walls and ceiling w/latex based stain blocker - one coat | 924.78 SF | 0.00 | 0.43 | 397.66 |
| 106.  Paint the walls and ceiling - two coats | 924.78 SF | 0.00 | 0.71 | 656.59 |
| 107.  Clean baseboard | 83.17 LF | 0.00 | 0.19 | 15.80 |
| 108.  Seal & paint baseboard - three coats | 83.17 LF | 0.00 | 1.49 | 123.92 |
| 109.  Clean door (per side) | 4.00 EA | 0.00 | 3.88 | 15.52 |
| 110.  Clean door hardware | 2.00 EA | 0.00 | 3.60 | 7.20 |
| 111.  Clean door / window opening (per side) | 4.00 EA | 0.00 | 6.92 | 27.68 |
| 112.  Clean window unit (per side) 21 - 40 SF | 1.00 EA | 0.00 | 10.70 | 10.70 |
| 113.  Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 0.00 | 31.46 | 31.46 |

Exhibit A

## Professional Insurance Estimating & Appraisals, LLC

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel

### CONTINUED - Master Bedroom

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 114.  Detach & Reset Window drapery - hardware | 1.00 EA | 0.00 | 0.00 | 31.05 |
| 115.  Clean drapery hardware | 1.00 EA | 0.00 | 8.98 | 8.98 |
| 116.  Detach & Reset Heat/AC register - Mechanically attached | 1.00 EA | 0.00 | 0.00 | 10.79 |
| 117.  Clean ductwork - Interior (PER REGISTER) | 1.00 EA | 0.00 | 35.78 | 35.78 |
| 118.  Clean and deodorize carpet | 259.45 SF | 0.00 | 0.30 | 77.84 |
| 119.  Shelving - wire (vinyl coated) - Detach & reset | 83.17 LF | 0.00 | 9.23 | 767.66 |
| 120.  Clean light fixture | 1.00 EA | 0.00 | 5.66 | 5.66 |

| Totals:  Master Bedroom | | | | 2,382.55 |
|---|---|---|---|---|



**Master Bath**                                                                    **Height: 8'**

| | | |
|---|---|---|
| 226.67  SF Walls | 45.11  SF Ceiling | |
| 271.78  SF Walls & Ceiling | 45.11  SF Floor | |
| 5.01  SY Flooring | 28.33  LF Floor Perimeter | |
| 28.33  LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 121.  Deodorize building - Hot thermal fog | 360.89 CF | 0.00 | 0.04 | 14.44 |
| 122.  Clean the walls and ceiling | 271.78 SF | 0.00 | 0.20 | 54.36 |
| 123.  Clean mirror | 12.00 SF | 0.00 | 0.38 | 4.56 |
| 124.  Clean light fixture | 1.00 EA | 0.00 | 5.66 | 5.66 |
| 125.  Clean tub and surround | 1.00 EA | 0.00 | 19.06 | 19.06 |
| 126.  Clean sink | 1.00 EA | 0.00 | 6.92 | 6.92 |
| 127.  Clean sink faucet | 1.00 EA | 0.00 | 5.15 | 5.15 |
| 128.  Clean toilet | 1.00 EA | 0.00 | 11.63 | 11.63 |
| 129.  Clean towel bar | 1.00 EA | 0.00 | 3.74 | 3.74 |
| 130.  Clean exhaust fan | 1.00 EA | 0.00 | 8.51 | 8.51 |
| 131.  Clean door (per side) | 1.00 EA | 0.00 | 3.88 | 3.88 |
| 132.  Clean door hardware | 1.00 EA | 0.00 | 3.60 | 3.60 |
| 133.  Clean floor - tile | 45.11 SF | 0.00 | 0.39 | 17.59 |

Exhibit A

**Professional Insurance Estimating & Appraisals, LLC**

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel

<b>CONTINUED - Master Bath</b>

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 134. Clean ductwork - Interior (PER REGISTER) | 1.00 EA | 0.00 | 35.78 | 35.78 |

| | | | | |
|---|---|---|---|---|
| Totals: Master Bath | | | | 194.88 |



**Living Room**                                                 **Height: Sloped**

| | |
|---|---|
| 989.77 SF Walls | 420.47 SF Ceiling |
| 1,410.24 SF Walls & Ceiling | 388.13 SF Floor |
| 43.13 SY Flooring | 70.63 LF Floor Perimeter |
| 85.94 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | 3' 9" X 8' | Opens into HALLWAY |
| **Missing Wall** | 3' 7" X 8' | Opens into STAIRS |
| **Missing Wall - Goes to Floor** | 7' 10" X 6' 8" | Opens into DINING_ROOM |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 135. Deodorize building - Hot thermal fog | 6,986.25 CF | 0.00 | 0.04 | 279.45 |
| 136. Clean acoustic ceiling (popcorn) texture | 420.47 SF | 0.00 | 0.29 | 121.94 |
| 137. Seal the walls and ceiling w/latex based stain blocker - one coat | 1,410.24 SF | 0.00 | 0.43 | 606.40 |
| 138. Paint the walls and ceiling - two coats | 1,410.24 SF | 0.00 | 0.71 | 1,001.27 |
| 139. Additional cost for high wall or ceiling - Over 14' | 247.44 SF | 0.00 | 0.06 | 14.85 |
| 140. Clean baseboard | 70.63 LF | 0.00 | 0.19 | 13.42 |
| 141. Seal & paint baseboard - three coats | 70.63 LF | 0.00 | 1.49 | 105.24 |
| 142. Clean door (per side) | 4.00 EA | 0.00 | 3.88 | 15.52 |
| 143. Clean door hardware | 2.00 EA | 0.00 | 3.60 | 7.20 |
| 144. Clean door / window opening (per side) | 4.00 EA | 0.00 | 6.92 | 27.68 |
| 145. Clean window unit (per side) 21 - 40 SF | 1.00 EA | 0.00 | 10.70 | 10.70 |
| 146. Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 0.00 | 31.46 | 31.46 |
| 147. Detach & Reset Window drapery - hardware | 1.00 EA | 0.00 | 0.00 | 31.05 |
| 148. Clean drapery hardware | 1.00 EA | 0.00 | 8.98 | 8.98 |

Exhibit A

**Professional Insurance Estimating & Appraisals, LLC**

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel

**CONTINUED - Living Room**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 149.  Detach & Reset Heat/AC register - Mechanically attached | 1.00 EA | 0.00 | 0.00 | 10.79 |
| 150.  Clean ductwork - Interior (PER REGISTER) | 1.00 EA | 0.00 | 35.78 | 35.78 |
| 151.  Clean and deodorize carpet | 388.13 SF | 0.00 | 0.30 | 116.44 |

| | | |
|---|---|---|
| Totals:  Living Room | | 2,438.17 |



| **Stairs** | | **Height: 17'** |
|---|---|---|
| 255.75  SF Walls | 32.55  SF Ceiling |
| 288.30  SF Walls & Ceiling | 66.74  SF Floor |
| 7.42  SY Flooring | 28.27  LF Floor Perimeter |
| 21.75  LF Ceil. Perimeter | |

**Missing Wall**            **3' 7" X 17'**            **Opens into LIVING_ROOM**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 152.  Deodorize building - Hot thermal fog | 1,134.57 CF | 0.00 | 0.04 | 45.38 |
| 153.  Clean and deodorize carpet | 66.74 SF | 0.00 | 0.30 | 20.02 |

| | |
|---|---|
| Totals:  Stairs | 65.40 |

| | |
|---|---|
| Total: Main Level | 24,409.78 |

**Second Floor**

| **Upper bath** | | **Height: 8'** |
|---|---|---|
| 241.11  SF Walls | 56.47  SF Ceiling |
| 297.58  SF Walls & Ceiling | 56.47  SF Floor |
| 6.27  SY Flooring | 30.14  LF Floor Perimeter |
| 30.14  LF Ceil. Perimeter | |

Exhibit A

## Professional Insurance Estimating & Appraisals, LLC

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel

**CONTINUED - Upper bath**



**Subroom:  Vanity Area/Room (1)**                                      **Height: 8'**

| | |
|---|---|
| 199.77 SF Walls | 38.42 SF Ceiling |
| 238.20 SF Walls & Ceiling | 38.42 SF Floor |
| 4.27 SY Flooring | 24.97 LF Floor Perimeter |
| 24.97 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 154.  Deodorize building - Hot thermal fog | 759.13 CF | 0.00 | 0.04 | 30.37 |
| 155.  Clean the walls and ceiling | 535.77 SF | 0.00 | 0.20 | 107.15 |
| 156.  Clean mirror | 12.00 SF | 0.00 | 0.38 | 4.56 |
| 157.  Clean light fixture | 1.00 EA | 0.00 | 5.66 | 5.66 |
| 158.  Clean tub and surround | 1.00 EA | 0.00 | 19.06 | 19.06 |
| 159.  Clean sink | 1.00 EA | 0.00 | 6.92 | 6.92 |
| 160.  Clean sink faucet | 1.00 EA | 0.00 | 5.15 | 5.15 |
| 161.  Clean toilet | 1.00 EA | 0.00 | 11.63 | 11.63 |
| 162.  Clean towel bar | 1.00 EA | 0.00 | 3.74 | 3.74 |
| 163.  Clean exhaust fan | 1.00 EA | 0.00 | 8.51 | 8.51 |
| 164.  Clean door (per side) | 1.00 EA | 0.00 | 3.88 | 3.88 |
| 165.  Clean door hardware | 1.00 EA | 0.00 | 3.60 | 3.60 |
| 166.  Clean floor - tile | 94.89 SF | 0.00 | 0.39 | 37.01 |
| 167.  Clean ductwork - Interior (PER REGISTER) | 1.00 EA | 0.00 | 35.78 | 35.78 |

Totals:  Upper bath                                                              283.02



**Bedroom 2**                                                        **Height: 8'**

| | |
|---|---|
| 436.25 SF Walls | 185.77 SF Ceiling |
| 622.02 SF Walls & Ceiling | 185.77 SF Floor |
| 20.64 SY Flooring | 54.53 LF Floor Perimeter |
| 54.53 LF Ceil. Perimeter | |

Exhibit A

## Professional Insurance Estimating & Appraisals, LLC

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel

### CONTINUED - Bedroom 2



| Subroom:  Closet (1) | Height: 8' |
|---|---|
| 185.36  SF Walls | 33.51  SF Ceiling |
| 218.87  SF Walls & Ceiling | 33.51  SF Floor |
| 3.72  SY Flooring | 23.17  LF Floor Perimeter |
| 23.17  LF Ceil. Perimeter | |



| Subroom:  Closet1 (2) | Height: 8' |
|---|---|
| 158.67  SF Walls | 23.50  SF Ceiling |
| 182.17  SF Walls & Ceiling | 23.50  SF Floor |
| 2.61  SY Flooring | 19.83  LF Floor Perimeter |
| 19.83  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 168.  Deodorize building - Hot thermal fog | 1,942.25 CF | 0.00 | 0.04 | 77.69 |
| 169.  Clean acoustic ceiling (popcorn) texture | 242.78 SF | 0.00 | 0.29 | 70.41 |
| 170.  Seal the walls and ceiling w/latex based stain blocker - one coat | 1,023.06 SF | 0.00 | 0.43 | 439.92 |
| 171.  Paint the walls and ceiling - two coats | 1,023.06 SF | 0.00 | 0.71 | 726.37 |
| 172.  Clean baseboard | 97.53 LF | 0.00 | 0.19 | 18.53 |
| 173.  Seal & paint baseboard - three coats | 97.53 LF | 0.00 | 1.49 | 145.32 |
| 174.  Clean door (per side) | 1.00 EA | 0.00 | 3.88 | 3.88 |
| 175.  Clean door hardware | 2.00 EA | 0.00 | 3.60 | 7.20 |
| 176.  Clean door / window opening (per side) | 4.00 EA | 0.00 | 6.92 | 27.68 |
| 177.  Clean window unit (per side) 21 - 40 SF | 1.00 EA | 0.00 | 10.70 | 10.70 |
| 178.  Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 0.00 | 31.46 | 31.46 |
| 179.  Detach & Reset Window drapery - hardware | 1.00 EA | 0.00 | 0.00 | 31.05 |
| 180.  Clean drapery hardware | 1.00 EA | 0.00 | 8.98 | 8.98 |
| 181.  Detach & Reset Heat/AC register - Mechanically attached | 1.00 EA | 0.00 | 0.00 | 10.79 |
| 182.  Clean ductwork - Interior (PER REGISTER) | 1.00 EA | 0.00 | 35.78 | 35.78 |
| 183.  Clean and deodorize carpet | 242.78 SF | 0.00 | 0.30 | 72.83 |

Exhibit A

**Professional Insurance Estimating & Appraisals, LLC**

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel

**CONTINUED - Bedroom 2**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 184.  Shelving - wire (vinyl coated) - Detach & reset | 97.53 LF | 0.00 | 9.23 | 900.20 |
| 185.  Clean light fixture | 1.00 EA | 0.00 | 5.66 | 5.66 |

Totals:  Bedroom 2                                                                                           2,624.45



**landing**                                                                                         **Height: 8'**

| | | |
|---|---|---|
| 152.76  SF Walls | | 33.82  SF Ceiling |
| 186.58  SF Walls & Ceiling | | 33.82  SF Floor |
| 3.76  SY Flooring | | 19.09  LF Floor Perimeter |
| 19.09  LF Ceil. Perimeter | | |

**Missing Wall**          4' 11/16'' X 8'                **Opens into Exterior**
**Missing Wall**          3' 5 7/8'' X 8'                **Opens into Exterior**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 186.  Deodorize building - Hot thermal fog | 270.59 CF | 0.00 | 0.04 | 10.82 |
| 187.  Clean acoustic ceiling (popcorn) texture | 33.82 SF | 0.00 | 0.29 | 9.81 |
| 188.  Seal the walls and ceiling w/latex based stain blocker - one coat | 186.58 SF | 0.00 | 0.43 | 80.23 |
| 189.  Paint the walls and ceiling - two coats | 186.58 SF | 0.00 | 0.71 | 132.47 |
| 190.  Clean baseboard | 19.09 LF | 0.00 | 0.19 | 3.63 |
| 191.  Seal & paint baseboard - three coats | 19.09 LF | 0.00 | 1.49 | 28.44 |
| 192.  Clean and deodorize carpet | 33.82 SF | 0.00 | 0.30 | 10.15 |

Totals:  landing                                                                                           275.55

Exhibit A

**Professional Insurance Estimating & Appraisals, LLC**

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel



| | Bedroom1 | | | | Height: 8' |
|---|---|---|---|---|---|
| | 416.25 SF Walls | | | 169.09 SF Ceiling | |
| | 585.34 SF Walls & Ceiling | | | 169.09 SF Floor | |
| | 18.79 SY Flooring | | | 52.03 LF Floor Perimeter | |
| | 52.03 LF Ceil. Perimeter | | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 193.  Deodorize building - Hot thermal fog | 1,352.69 CF | 0.00 | 0.04 | 54.11 |
| 194.  Clean acoustic ceiling (popcorn) texture | 169.09 SF | 0.00 | 0.29 | 49.04 |
| 195.  Seal the walls and ceiling w/latex based stain blocker - one coat | 585.34 SF | 0.00 | 0.43 | 251.70 |
| 196.  Paint the walls and ceiling - two coats | 585.34 SF | 0.00 | 0.71 | 415.59 |
| 197.  Clean baseboard | 52.03 LF | 0.00 | 0.19 | 9.89 |
| 198.  Seal & paint baseboard - three coats | 52.03 LF | 0.00 | 1.49 | 77.52 |
| 199.  Clean door (per side) | 1.00 EA | 0.00 | 3.88 | 3.88 |
| 200.  Clean door hardware | 2.00 EA | 0.00 | 3.60 | 7.20 |
| 201.  Clean door / window opening (per side) | 4.00 EA | 0.00 | 6.92 | 27.68 |
| 202.  Clean window unit (per side) 21 - 40 SF | 1.00 EA | 0.00 | 10.70 | 10.70 |
| 203.  Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 0.00 | 31.46 | 31.46 |
| 204.  Detach & Reset Window drapery - hardware | 1.00 EA | 0.00 | 0.00 | 31.05 |
| 205.  Clean drapery hardware | 1.00 EA | 0.00 | 8.98 | 8.98 |
| 206.  Detach & Reset Heat/AC register - Mechanically attached | 1.00 EA | 0.00 | 0.00 | 10.79 |
| 207.  Clean ductwork - Interior (PER REGISTER) | 1.00 EA | 0.00 | 35.78 | 35.78 |
| 208.  Clean and deodorize carpet | 169.09 SF | 0.00 | 0.30 | 50.73 |
| 209.  Shelving - wire (vinyl coated) - Detach & reset | 52.03 LF | 0.00 | 9.23 | 480.24 |
| 210.  Clean light fixture | 1.00 EA | 0.00 | 5.66 | 5.66 |

| | | | | |
|---|---|---|---|---|
| Totals:  Bedroom1 | | | | 1,562.00 |

| | | | | |
|---|---|---|---|---|
| Total: Second Floor | | | | 4,745.02 |

Exhibit A

## Professional Insurance Estimating & Appraisals, LLC

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel

### GENERAL

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 211.  Residential Supervision / Project Management - per hour | 20.00 HR | 0.00 | 53.77 | 1,075.40 |
| 212.  Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 358.91 | 0.00 | 358.91 |
| 213.  General Laborer - per hour | 10.00 HR | 0.00 | 28.63 | 286.30 |
| 214.  Dust control barrier per square foot | 150.00 SF | 0.60 | 0.00 | 90.00 |
| 215.  Floor protection - self-adhesive plastic film | 150.00 SF | 0.44 | 0.00 | 66.00 |
| 216.  General clean - up | 16.00 HR | 0.00 | 25.37 | 405.92 |
| 217.  Taxes, insurance, permits & fees (Bid item) | 1.00 EA | 0.00 | 450.00 | 450.00 |
| 218.  Megohmmeter check electrical circuits - average residence | 1.00 EA | 0.00 | 612.16 | 612.16 |
| 219.  Job-site cargo/storage container - 20' long - per month | 1.00 MO | 0.00 | 89.20 | 89.20 |
| 220.  Job-site cargo container - pick up/del. (each way) 16'-40' | 2.00 EA | 0.00 | 112.00 | 224.00 |
| 221.  HVAC Technician - per hour | 8.00 HR | 0.00 | 84.99 | 679.92 |

Clean air handler, Evacuate system, sanitize and deodorize

Totals:  GENERAL                                                                                     4,337.81

### Pack Out

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 222.  Inventory, Packing, Boxing, and Moving charge - per hour | 80.00 HR | 0.00 | 28.63 | 2,290.40 |
| 223.  Off-site storage & insur. - climate controlled - per month | 600.00 SF | 0.00 | 1.15 | 690.00 |
| 224.  Moving van (24' - 27') and equipment - per day | 4.00 EA | 0.00 | 163.59 | 654.36 |
| 225.  Provide picture-frame box, packing paper & tape | 20.00 EA | 0.00 | 5.04 | 100.80 |
| 226.  Provide wardrobe box, packaging paper & tape - large size | 4.00 EA | 0.00 | 15.95 | 63.80 |
| 227.  Provide mattress box, packing paper & tape - queen size | 3.00 EA | 0.00 | 22.60 | 67.80 |

Exhibit A

## Professional Insurance Estimating & Appraisals, LLC

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel

### CONTINUED - Pack Out

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 228.  Provide TV box, packing paper & tape | 5.00 EA | 0.00 | 12.01 | 60.05 |
| 229.  Provide furniture lightweight blanket/pad | 10.00 EA | 0.00 | 5.60 | 56.00 |
| 230.  Provide box, packing paper & tape - small size | 100.00 EA | 0.00 | 2.11 | 211.00 |
| 231.  Provide box, packing paper & tape - medium size | 60.00 EA | 0.00 | 3.19 | 191.40 |
| 232.  Provide box, packing paper & tape - large size | 20.00 EA | 0.00 | 4.13 | 82.60 |

| Totals:  Pack Out | | | | 4,468.21 |
|---|---|---|---|---|

| **Line Item Subtotals: PIEA-ARMSTEAD** | | | | **37,960.82** |
|---|---|---|---|---|

| Adjustments for Base Service Charges | Adjustment |
|---|---|
| Carpenter - Finish, Trim/Cabinet | 171.92 |
| Cleaning Technician | 50.72 |
| Floor Cleaning Technician | 65.82 |
| Cleaning Remediation Technician | 94.38 |
| Drywall Installer/Finisher | 231.52 |
| Electrician | 150.04 |
| Wood Flooring Installer | 125.10 |
| Hardware Installer | 122.84 |
| Heating / A.C. Mechanic | 169.98 |
| General Laborer | 28.63 |
| Plumber | 183.82 |
| Painter | 109.86 |
| Wallpaper Hanger | 108.60 |
| Total Adjustments for Base Service Charges: | 1,613.23 |

| **Line Item Totals:  PIEA-ARMSTEAD** | **39,574.05** |
|---|---|

Exhibit A

**Professional Insurance Estimating & Appraisals, LLC**

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 5,771.90 | SF Walls | 1,910.09 | SF Ceiling | 7,681.99 | SF Walls and Ceiling |
| 1,911.93 | SF Floor | 212.44 | SY Flooring | 662.25 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 685.71 | LF Ceil. Perimeter |
| | | | | | |
| 1,911.93 | Floor Area | 2,042.44 | Total Area | 5,302.76 | Interior Wall Area |
| 2,906.23 | Exterior Wall Area | 307.46 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

Exhibit A

**Professional Insurance Estimating & Appraisals, LLC**

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel

## Summary for Dwelling

| | | | |
|---|---|---|---:|
| Line Item Total | | | 37,960.82 |
| Total Adjustments for Base Service Charges | | | 1,613.23 |
| Material Sales Tax | @ | 6.000% | 696.13 |
| Storage Rental Tax | @ | 6.000% | 18.79 |
| | | | |
| Subtotal | | | 40,288.97 |
| Overhead | @ | 10.0% | 4,029.07 |
| Profit | @ | 10.0% | 4,029.07 |
| | | | |
| **Replacement Cost Value** | | | **$48,347.11** |
| **Net Claim** | | | **$48,347.11** |

_____
Jeffrey Pellet

Exhibit A

### Professional Insurance Estimating & Appraisals, LLC

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel

## Recap by Room

**Estimate: PIEA-ARMSTEAD**

**Area: Main Level**

| | | |
|---|---:|---:|
| Kitchen | 14,769.29 | 37.32% |
| Laundry Room | 531.80 | 1.34% |
| Dining Room | 949.03 | 2.40% |
| Hallway | 1,302.29 | 3.29% |
| Office | 1,776.37 | 4.49% |
| Master Bedroom | 2,382.55 | 6.02% |
| Master Bath | 194.88 | 0.49% |
| Living Room | 2,438.17 | 6.16% |
| Stairs | 65.40 | 0.17% |
| **Area Subtotal:  Main Level** | **24,409.78** | **61.68%** |

**Area: Second Floor**

| | | |
|---|---:|---:|
| Upper bath | 283.02 | 0.72% |
| Bedroom 2 | 2,624.45 | 6.63% |
| landing | 275.55 | 0.70% |
| Bedroom1 | 1,562.00 | 3.95% |
| **Area Subtotal:  Second Floor** | **4,745.02** | **11.99%** |
| **GENERAL** | **4,337.81** | **10.96%** |
| **Pack Out** | **4,468.21** | **11.29%** |
| **Subtotal of Areas** | **37,960.82** | **95.92%** |
| **Base Service Charges** | **1,613.23** | **4.08%** |
| **Total** | **39,574.05** | **100.00%** |

Exhibit A

**Professional Insurance Estimating & Appraisals, LLC**

%5861 SW 13th Street
Plantation, FL 33317
(954)414-8049
(954)439-5333 cel

### Recap by Category

| O&P Items | | | Total | % |
|---|---|---|---:|---:|
| APPLIANCES | | | 3,236.43 | 6.69% |
| CABINETRY | | | 5,776.98 | 11.95% |
| CLEANING | | | 3,584.33 | 7.41% |
| CONT: PACKING,HANDLNG,STORAGE | | | 4,781.41 | 9.89% |
| GENERAL DEMOLITION | | | 1,912.27 | 3.96% |
| DRYWALL | | | 402.32 | 0.83% |
| ELECTRICAL | | | 612.16 | 1.27% |
| FLOOR COVERING - WOOD | | | 1,711.03 | 3.54% |
| PERMITS AND FEES | | | 450.00 | 0.93% |
| FINISH CARPENTRY / TRIMWORK | | | 3,471.86 | 7.18% |
| HEAT,  VENT & AIR CONDITIONING | | | 794.23 | 1.64% |
| LABOR ONLY | | | 1,361.70 | 2.82% |
| LIGHT FIXTURES | | | 186.21 | 0.39% |
| PLUMBING | | | 339.25 | 0.70% |
| PAINTING | | | 7,705.76 | 15.94% |
| WINDOW TREATMENT | | | 699.86 | 1.45% |
| WALLPAPER | | | 935.02 | 1.93% |
| O&P Items Subtotal | | | 37,960.82 | 78.52% |
| Base Service Charges | | | 1,613.23 | 3.34% |
| Material Sales Tax | @ | 6.000% | 696.13 | 1.44% |
| Storage Rental Tax | @ | 6.000% | 18.79 | 0.04% |
| Overhead | @ | 10.0% | 4,029.07 | 8.33% |
| Profit | @ | 10.0% | 4,029.07 | 8.33% |
| **Total** | | | **48,347.11** | **100.00%** |

Exhibit A

Main Level





Main Level

PIEA-ARMSTEAD

9/19/



Second Floor