IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELAINE ARMSTEAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:14-cv-586-WSD |
| | ) |
| ALLSTATE INDEMNITY COMPANY | ) |
| INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF COUNSEL'S OJBECTION TO COURT'S ORDER TO PRODUCE AN AFFIDAVIT

COMES NOW Sandra Finch, Counsel for Plaintiff, and notices the Court of her objections to the Court's Order to Produce An Affidavit as set forth in Order Doc. 121 p. 32 as follows:

1. The Court issued its order at 3:45 p.m., Friday, July 1, 2016 with a deadline to respond on Tuesday, July 5, 2016, without a single business day's notice. Counsel objects to lack of notice, due process and relevance.

2. This Court has already made its evidentiary rulings on the Motion to Exclude Mark Gould.  There is no evidentiary basis for the Court's ruling as Counsel's investigation into Mr. Gould's certifications and procedures are no longer relevant to any issue in this case.

3. Counsel is concerned as to the Court's overemphasis on the Plaintiff's investigation of Mr. Gould,[1] and overall lack of concern with witness Mark Gould's blatant disregard of a subpoena commanding production of documents and other tangible items, his obvious attempt at obstruction of discovering the truth, and his obvious dishonesty and perjury.

4. This Court emphasized its desire to enforce the rules to create a level playing field.  [Doc. 90. At 4].  The fact is there has never been anything level about this playing field where a multi-billion dollar corporation has been using its muscle to avoid its obligations to a single, elderly lady who barely gets by financially, and who relied upon the benefits of her insurance policy.

5. The Defendant's evasive and insufficient discovery responses have obstructed Plaintiff's ability to obtain evidence in the case to either prosecute her claim or defend against the baseless defenses.  The effect of this failure to disclose has been compounded by last minute defenses made in the pretrial order.

6. Counsel's representation has been within the boundaries of the law and ethics as she has zealously advocated for her client in the face of Defense Counsel's personal vendetta against her.

---

[1] The allegations made by Mr. Gould, even if true, are not criminal or unethical. Even if they were, it would not be proper for this Court to be involved in such an inquiry, as to do so, creates a clear appearance of bias and lack of partiality.

7. This Court has spared no opportunity to humiliate and insult Counsel in chambers, on the record, and in its recent Order.

8. Counsel notices the Court that she at all times has acted ethically and in the best interest of her client and has remained a faithful and zealous advocate, which is her job.

9. This Plaintiff deserves a fair trial and a level playing field and for the Court to be an impartial guardian of truth and justice.

Respectfully submitted this 5th day of July, 2016.

                                    /s/ Sandra Finch
                                    Attorney for Plaintiff
                                    State Bar No.:  446264

The Russell's Law Firm, PLC
741 E. Fry Blvd., Suite 200
Sierra Vista, AZ 85635
520-458-7246

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELAINE ARMSTEAD, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | |
| ) | Case No: 1:14-CV-586-WSD |
| ALLSTATE INDEMNITY COMPANY, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **PLAINTIFF COUNSEL'S OBJECTIONS TO COURT'S ORDER TO PRODUCE AN AFFIDAVIT** with the clerk of court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

Marvin Dikeman
Melissa Patton
Webb, Zschunke, Neary & Dikeman, LLP
3490 Securities Centre, Suite 1210
Atlanta, GA 30305

This 5TH day of July, 2016.

/s/ Sandra Finch
Attorney for Plaintiff
State Bar No.: 446264

The Russell's Law Firm, PLC
741 E. Fry Blvd., Suite 200
Sierra Vista, AZ 85635
520-458-7246