IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ELAINE ARMSTEAD,

           Plaintiff,

v.

ALLSTATE PROPERTY AND
CASUALTY INSURANCE
COMPANY,

           Defendant.

1:14-cv-586-WSD

## ORDER

This matter is before the Court on the Court's Order dated July 1, 2016 [121] ("July 1st Order") and Plaintiff Counsel's Objections to Court Order to Produce an Affidavit [125] ("Objections"). The Court's July 1st Order required Plaintiff's counsel to provide an affidavit with the information required by the July 1st Order.

The Court has considered the statements of Plaintiff's counsel in her Objections.[1] The Court has the obligation and the inherent authority to manage its docket and courtroom, and the conduct of the parties and counsel who litigate before the Court. See Dietz v. Bouldin, 136 S. Ct. 1885, 1892 (2016) ("[D]istrict

---

[1] The Court does not address in this Order the contents of the Objections or whether they constitute contempt of Court.

courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases"); <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 32, 45-48 (1991) (courts have the inherent authority to sanction litigants for bad faith conduct); <u>In re Gopman</u>, 531 F.2d 262, 266 (5th Cir. 1976)[2] ("[I]t is beyond dispute that lawyers are officers of the court and that the courts have the inherent authority to regulate their professional conduct."). In light of this authority and because the matters required to be addressed in the affidavit may impact the admission of evidence at trial, the Court **OVERRULES** the Objections. The required affidavit shall be filed on or before 5:00 p.m. EST today, July 6, 2016.

**SO ORDERED** this 6th day of July, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

---

[2] In <u>Bonner v. City of Prichard</u>, 661 F.2d 1206 (11th Cir.1981), the Eleventh Circuit adopted as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

2