IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELAINE ARMSTEAD, <br><br> Plaintiff, <br><br> v. <br><br> ALLSTATE PROPERTY <br> & CASUALTY INSURANCE <br> COMPANY, <br><br> Defendant. | 1:14-cv-586-WSD |

## ORDER

On July 1, 2016, the Court entered an Order [121] ("July 1st Order") requiring Plaintiff's counsel to provide, on or before July 5, 2016, an affidavit with the information detailed in the July 1st Order. On July 5, 2016, Plaintiff's counsel filed Plaintiff Counsel's Objections to Court Order to Produce an Affidavit [125] ("Objections"). After considering Plaintiff's counsel's Objections, on July 6, 2016, the Court entered an Order [127] ("July 6th Order") overruling her Objections and requiring her to file, on or before 5:00 p.m. EST on July 6, 2016, the required affidavit. Plaintiff's counsel failed to file the required affidavit within the time period allowed. During the pretrial conference held on July 7, 2016, the Court reiterated that Plaintiff's counsel was under a Court order to provide the

required affidavit, and explained to counsel the information required in the affidavit was to determine its impact on evidence that Plaintiff stated she intends to offer at trial. The Court offered to allow Plaintiff's counsel to file the affidavit later today.

Plaintiff's counsel did not request additional time to file the affidavit. Plaintiff's counsel did not file the required affidavit, and has not otherwise responded to the Court's July 6th Order requiring the affidavit. For these reasons,

**IT IS HEREBY ORDERED** that Plaintiff's counsel **SHOW CAUSE** why the Court should not hold her in contempt of the Court's July 1st Order and July 6th Order, and, if found in contempt, what sanction, if any, should be imposed. The Court will hold a hearing on this matter on Monday July 11, 2016, at 5:30 p.m.

**SO ORDERED** this 7th day of July, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE