# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:14-cv-00586-WSD
### Armstead v. Allstate Property & Casualty Insurance Company
### Honorable William S. Duffey, Jr.

Minute Sheet for proceedings held In Open Court on 07/11/2016.

TIME COURT COMMENCED: 4:45 P.M.
TIME COURT CONCLUDED: 5:10 P.M.
COURT REPORTER: Nicholas A. Marrone
TIME IN COURT: 00:25
DEPUTY CLERK: Benjamin Thurman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Marvin Dikeman representing Allstate Property & Casualty Insurance Company<br>Sandra Finch representing Elaine Armstead<br>Melissa Patton representing Allstate Property & Casualty Insurance Company |
| PROCEEDING CATEGORY: | Contempt Hearing; |
| MINUTE TEXT: | Contempt Hearing held for Plaintiff's Counsel, Sandra Finch, pursuant to the Court's [136] Order. The Court finds that Ms. Finch acted in bad faith and finds her in Contempt of Court. An additional Contempt Hearing will be set by separate order. |
| HEARING STATUS: | Hearing Concluded |