IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELAINE ARMSTEAD, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:14-cv-586-WSD |
| | ) |
| ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, | ) |
| | ) |
|    Defendant. | ) |

## NOTICE OF SETTLEMENT

COMES NOW, Defendant Allstate Property & Casualty Insurance Company and notifies the Court that the parties have reached an agreement and settled the above styled case with each party bearing their own costs. The terms of the settlement are confidential.

                              Respectfully submitted,

                              WEBB, ZSCHUNKE, NEARY &
                                  DIKEMAN, LLP

                    By:   */s/ Melissa C. Patton*
                          MARVIN D. DIKEMAN
                          Georgia State Bar No. 221760
                          MELISSA C. PATTON
                          Georgia State Bar 187560

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing pleading (prepared in Times New Roman 14 point font) with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Sandra Finch, Esq.<br>
The Russell's Law Firm<br>
741 E. Fry Blvd., Suite 200<br>
Sierra Vista, AZ 85635

This <u>18th</u> day of July 2016.

*/s/ Melissa C. Patton*
MELISSA C. PATTON
Georgia State Bar No. 187560

**WEBB, ZSCHUNKE, NEARY & DIKEMAN, LLP**
One Securities Centre, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
404-264-1080 / main
404-264-4520 / fax
mpatton@wznd.net