# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ELAINE ARMSTEAD,** | |
| **Plaintiff,** | |
| v. | 1:14-cv-00586-WSD |
| **ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,** | |
| **Defendant.** | |

## ORDER

On July 18, 2016, Plaintiff Elaine Armstead and Defendant Allstate Property & Casualty Insurance Company filed their Notice of Settlement [145] of all pending claims. The parties are directed to file a stipulation of dismissal on or before August 19, 2016. The Court removes the case from its calendar and directs the Clerk to close the case administratively with the right of any party to reopen the case if the settlement is not concluded. The Court retains jurisdiction over the Order to Show Cause issued on July 7, 2016 [136], which was the subject of the hearing conducted by the Court on July 11, 2016 [140]. At the request of Plaintiff's counsel, the Court continued the hearing to allow counsel to further

prepare for it and to retain counsel. The continuation of the show cause hearing is scheduled for 2:00 p.m. EST on August 23, 2016, in Courtroom 1705, before Judge William S. Duffey, Jr.

**SO ORDERED** this 19th day of July, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE