IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELAINE ARMSTEAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:14-cv-586-WSD |
| | ) |
| ALLSTATE INDEMNITY INSURANCE COMPANY | ) ) |
| | ) |
| Defendant. | ) |

## STIPULATED PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the parties, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and jointly files this Stipulated Plaintiff's Voluntary Dismissal with prejudice.

Respectfully submitted this 18th day of August, 2016.

STIPULATED BY:

/s/ Sandra Finch
Attorney for Plaintiff
State Bar No.: 446264
The Russell's Law Firm, PLC
741 E. Fry Blvd., Suite 200
Sierra Vista, AZ 85635
520-458-7246

/s/ Marvin Dikeman
Marvin Dikeman
Melissa Patton
Webb, Zschunke, Neary & Dikeman, LLP
3490 Securities Centre, Suite 1210
Atlanta, GA 30305

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELAINE ARMSTEAD, | ) |
| PLAINTIFF, | ) ) ) |
| V. | ) ) |
| ALLSTATE INDEMNITY INSURANCE COMPANY, | ) ) ) |
| DEFENDANT. | ) ) ) |

Case No: 1:14-CV-586-WSD

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **STIPULATED PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE** with the clerk of court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

Marvin Dikeman
Melissa Patton
Webb, Zschunke, Neary & Dikeman, LLP
3490 Securities Centre, Suite 1210
Atlanta, GA 30305

This 18TH day of August, 2016.

/s/ Sandra Finch
Attorney for Plaintiff
State Bar No.: 446264

The Russell's Law Firm, PLC
741 E. Fry Blvd., Suite 200
Sierra Vista, AZ 85635
520-458-7246