IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ELAINE ARMSTEAD,

    Plaintiff

v.                                                         CASE NO. 1:14-CV-586-WSD

ALLSTATE INDEMNITY COMPANY
INSURANCE COMPANY,

    Defendant

and

SANDRA FINCH,

    Respondent

### RESPONDENT'S MOTION TO CONTINUE HEARING

COMES NOW the Respondent above-named, by and through undersigned counsel, and requests a continuance of the hearing currently scheduled for November 22, 2016 in the above-captioned matter. In support thereof, Respondent shows the Court as follows:

1. Respondent is scheduled to have surgery on November 16, 2016.

2. Respondent will have follow up appointments the week after her surgery that have not yet been determined.

3. The Respondent resides in Arizona and her presence at the hearing will require air travel of more than 3.5 hours. Respondent has been instructed by her physician not to travel for at least one (1) week after surgery.

4. Undersigned counsel is unable to proceed at the hearing without Respondent.

5. The Respondent will supplement this Motion with an Affidavit from her physician under separate cover directly to the Judge's chambers to protect patient confidentiality.

WHEREFORE, based upon the within and foregoing, the Respondent respectfully requests that the Court enter an Order granting this motion and continue the hearing to another date.

This 16th day of November, 2016.

Respectfully submitted,

s/Bruce S. Harvey
LAW OFFICE OF BRUCE S. HARVEY
ATTORNEYS FOR RESPONDENT
Bruce S. Harvey, #335175

146 Nassau Street, NW
Atlanta, Georgia 30303
(404) 659-4628

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Respondent Sandra Finch's Motion to Continue upon opposing counsel by e-filing a copy to

        Marvin Dikemon
        Melissa Patton
        Webb, Zschunke, Neary & Dikeman, LLP
        3490 Securities Centre, Ste 1210
        3490 Piedmont Road
        Atlanta, Georgia 30305

This 16th day of November, 2016.

        s/Bruce S. Harvey
        LAW OFFICE OF BRUCE S. HARVEY
        ATTORNEYS FOR RESPONDENT
        Bruce S. Harvey, #335175

146 Nassau Street, NW
Atlanta, Georgia 30303
(4040 659-4628