IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re Sandra Finch | ) ) ) | Case No: 1:14-CV-586-WSD |

## AMENDED NOTICE OF APPEAL

Appellant hereby amends her Notice of Appeal to correct the style of the case to accurately reflect the parties as reflected above.

Appellant further amends her notice to state as follows:

Notice is hereby given that Sandra Finch, Respondent herein, and hereby appeals to the United States Court of Appeals for the Federal 11th Circuit from Orders entered in this matter on December 6, 2016 (Doc. 165) and December 21, 2016 (Doc. 167), by the Honorable William S. Duffey, Jr., District Judge for the Northern District of Georgia, by which Orders the Court *sua sponte* sanctioned and ordered Respondent to pay attorney fees after the case was settled and dismissed.

Respectfully submitted this 19th day of January, 2017.

/s/ Sandra Finch
Sandra Finch
Respondent
State Bar No.: 446264

The Russell's Law Firm, P.L.C
741 E. Fry Blvd., Suite 200
Sierra Vista, AZ 85635
520-458-7246